Cite as 2022 Ark. 180
# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE AMENDED ADMINISTRATIVE PLANS FOR CIRCUIT COURTS AND DISTRICT COURTS | **Opinion Delivered:** October 6, 2022 |

## PER CURIAM

Pursuant to Administrative Order No. 14, amendments to currently approved circuit court administrative plans have been submitted by the Second Circuit, Eighth-North Circuit, Thirteenth Circuit, Twenty-First Circuit, and Twenty-Third Circuit. The amendments to these administrative plans are approved and shall be effective immediately in the Eighth-North Circuit and the Twenty-First Circuit. The amended administrative plans for the Second Circuit, Thirteenth Circuit, and Twenty-Third Circuit shall be effective January 1, 2023.

Pursuant to Administrative Order No. 18, amendments to currently approved district court administrative plans have been submitted by the Thirtieth District and Thirty-Eighth District. The amendments to these administrative plans are approved and shall be effective immediately in the Thirty-Eighth District and effective January 1, 2023, in the Thirtieth District.

Plans currently in effect for all other circuit courts and district courts remain in full force and effect until a subsequent plan is approved.